**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**ALBUQUERQUE DIVISION**

**ALBINO GONZALES,**

           **Plaintiff,**                   **CASE NO. 1:17-CV-01036-WJ-LF**

**vs.**

**CAPITAL ONE BANK (USA), N.A.,**

           **Defendant.**

_____/

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff ALBINO GONZALES notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement, and stay all remaining discovery deadlines.

Respectfully submitted the 9th day of July, 2018.

By:  _s/ Ibrahim Muhtaseb_
Ibrahim Muhtaseb
LAW OFFICES OF JEFFREY LOHMAN
4740 Green River Road, Ste 206
Corona, CA 92880
866-329-9217
IbrahimM@jlohman.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 9th day of July, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Erin L. Hoffman Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Email: erin.hoffman@FaegreBD.com

Jennifer G. Anderson
Modrall Sperling Roehl Harris & Sisk
PA PO Box 2168 Albuquerque, NM 87103
Email: jga@modrall.com

By:  *s/ Ibrahim Muhtaseb*
Ibrahim Muhtaseb
Attorney for Plaintiff
ALBINO GONZALES