# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ALBINO GONZALES,

       Plaintiff,

vs.                                                                               No.  17cv1036 WJ/LF

CAPITAL ONE BANK (USA), NA,

       Defendant.

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** based on the Joint Stipulation for Dismissal entered into by the parties, the above-captioned matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

                                                                  CHIEF UNITED STATES DISTRICT JUDGE